UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KHALID MAHMOOD,

                  Plaintiff,

-against-

MICHAEL MUKASEY, Attorney General of the
United States, MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, JONATHAN
SCHARFEN, Acting Director, U.S. Citizenship and
Immigration Services, ANDREA QUARANTILLO,
New York District Director, U.S. Citizenship and
Immigration Services,

                  Defendants.
------------------------------------------------------------X

JUDGMENT
08-CV- 4092 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 0 4 2008 ★
BROOKLYN OFFICE

       An Order of Honorable John Gleeson, United States District Judge, having been been filed on October 31, 2008, dismissing the action as moot; it is

       ORDERED and ADJUDGED that judgment is hereby entered dismissing the action as moot.

Dated: Brooklyn, New York
        November 03, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court